474 A.2d 684

Cellars v. Haywood, Appellant.

Argued March 1, 1984. Emilio Paul Fastuca, for appellant; Evalynn Welling, for appellee.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.

474 A.2d 684

Chappel, Appellant, v. Lowros, D/B/A Diamond Lunch, and Ray.

Petition for Allowance of Appeal
Denied Aug. 30, 1984.

Argued January 24, 1984. Robert B. Truel for appellant; Louis C. Long and Lisle A. Zehner, III, for appellees.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Judgment affirmed.

Jurisdiction relinquished.